UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS,

                Plaintiff,

  v.

DIRECTOR OF THE PRESIDENT'S
NATIONAL SECURITY COUNCIL,

                Defendant.

Case No. C21-1405-BHS-MLP

REPORT AND RECOMMENDATION

      Plaintiff John Demos, a state prisoner, has filed an application to proceed *in forma pauperis* ("IFP") and a proposed civil rights complaint. (Dkt. ## 1, 1-1.) Plaintiff is well-known locally and nationally as an abusive litigant. He is under pre-filing bar orders in a number of courts, including this Court, the Eastern District of Washington, the Washington State courts, the Ninth Circuit Court of Appeals, and the United States Supreme Court. *See, e.g.*, *Demos v. Storrie*, 507 U.S. 290, 291 (1993).

      Plaintiff alleges in his complaint that Defendant, whom he identifies as the Director of the President's National Security Council, violated his rights under the Presidential and Executive Office Accountability Act, 3 U.S.C. § 401, *et seq.*, and under the First and Fourteenth

REPORT AND RECOMMENDATION
PAGE - 1

Amendments, when he denied Plaintiff employment with the National Security Council in retaliation for Plaintiff being a whistleblower. (Dkt. # 1-1 at 4-5.) Plaintiff indicates that he sought employment with the National Security Council because, as the Chief Executive Officer of The Society of T.R.U.T.H., a Washington non-profit corporation, he is "privy to a host of state secrets" as some of the corporate officers are former government agents or facilitators. (*Id*. at 5.) Plaintiff complains that the Defendant essentially treated him as though he were a spy. (*Id*.) Plaintiff also alleges in his complaint that 3 U.S.C. § 455, which pertains to the failure of the Executive to issue regulations, is unconstitutional. (*Id*. at 6.)

Because of Plaintiff's history as an abusive litigant, he is permitted to submit only three IFP applications and proposed actions each year. *See In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992); *In re Complaints and Petitions Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982). Plaintiff has already reached this annual limit. *See, e.g.*, *Demos v. Pence, et al.*, No. C21-109-BHS (W.D. Wash.); *Demos v. Dominion Voting Systems, et al.*, No. C21-110-RAJ (W.D. Wash.); *Demos v. Holbrook, et al.*, No. C21-217-RJB (W.D. Wash.). This alone precludes Plaintiff from proceeding with this action. However, there is an additional restriction on Plaintiff's submission.

Specifically, this action is also subject to dismissal because Plaintiff fails to meet the requirements of 28 U.S.C. § 1915(g). Under § 1915(g), Plaintiff must demonstrate "imminent danger of serious physical injury" to proceed IFP because he has had more than three prior actions dismissed as frivolous, malicious, or for failure to state a claim. *See Demos v. Lehman*, MC99-113-JLW (W.D. Wash. Aug. 23, 1999). Plaintiff's submission does not contain "a

REPORT AND RECOMMENDATION
PAGE - 2

plausible allegation that [he] faced imminent danger of serious physical injury at the time of filing." *Andrews v. Cervantes*, 493 F.3d 1047 (9th Cir. 2007) (internal citations omitted).

Based on the foregoing, this Court recommends that Plaintiff's IFP application (Dkt. # 1) be DENIED and this action be DISMISSED without prejudice. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **November 26, 2021**.

Dated this 3rd day of November, 2021.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 3